JTW: 12.15.20
MDB: 2020R00919

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. GLR-20-0462 |
| | * | |
| **MICHAEL MERCER,** | * | |
| | * | (Conspiracy to Distribute Controlled |
| **Defendant.** | * | Substances, 21 U.S.C. § 846; |
| | * | Possession with Intent to Distribute a |
| | * | Controlled Substance, 21 U.S.C. |
| | * | § 841; Possession of a Firearm in |
| | * | Furtherance of a Drug Trafficking |
| | * | Crime, 18 U.S.C. § 924(c); Possession |
| | * | of a Firearm by a Prohibited Person, |
| | * | 18 U.S.C. § 922(g)(1); and Forfeiture, |
| | * | 21 U.S.C. § 853) |
| | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*

### INDICTMENT

### COUNT ONE
**Conspiracy to Distribute Controlled Substances**

The Grand Jury for the District of Maryland charges that:

From a time unknown to the Grand Jury, but no later than March 1, 2019, and continuing through on or about April 26, 2019, in the District of Maryland, and elsewhere, the defendant,

### MICHAEL MERCER,

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, a quantity of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled

1

substance, a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)piperidin-4-yl] propanamide, also known as fentanyl, a Schedule II controlled substance, and a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

## COUNT TWO
**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury for the District of Maryland further charges that:

On or about March 25, 2019 in the District of Maryland, the defendant,

### MICHAEL MERCER,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, a quantity of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a quantity of a mixture or substance containing a detectable amount of of N-phenyl-N-[1-(2-phenylethyl)piperidin-4-yl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841(a)(1)

## COUNT THREE
**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury for the District of Maryland further charges that:

On or about March 25, 2019 in the District of Maryland, the defendant,

**MICHAEL MERCER,**

did knowingly possess a firearm, that is, a Ruger 9mm pistol bearing serial number 33782078, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Distribute Controlled Substances, as set forth in Count One of this Indictment, and Possession with Intent to Distribute a Controlled Substance, as set forth in Count Two of this Indictment, which are incorporated herein by reference.

18 U.S.C. § 924(c)(1)(A)

## COUNT FOUR
**Possession of a Firearm by a Prohibited Person**

The Grand Jury for the District of Maryland further charges that:

On or about March 25, 2019 in the District of Maryland, the defendant,

## MICHAEL MERCER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a , a Ruger 9mm pistol bearing serial number 33782078, and the firearm was in an and affecting commerce.

18 U.S.C. § 922(g)

5

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841 or 846, the defendant, MICHAEL MERCER, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

2. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

21 U.S.C. § 853
28 U.S.C. § 2461(c)



/MDB
ROBERT K. HUR
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

12/17/2020
Date