**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal No. GLR-20-462** |
| **MICHAEL MERCER,** | |
| **Defendant.** | |

## MOTION TO TRANSFER FILINGS

The United States of America, by and through undersigned counsel, respectfully moves this Court for an order transferring the defendant's pre-trial motions and government's response under Criminal No. GLR-19-318 to Criminal No. GLR-20-462.

On October 21, 2020, the defendant's attorney filed various pre-trial motions under Criminal No. GLR-19-318. ECF Nos. 483-492 and 541-543. On December 16, 2020, the government responded to the defendant's motions.  ECF No. 559.

On December 18, 2020, a grand jury returned a superseding indictment in the case under Criminal No. GLR-20-462.  ECF 1.  The parties subsequently participated in a conference call with the Court. During the call, the defendant's attorney requested that the Court transfer his pre-trial motions filed in GLR-19-318 to GLR-20-462. The Court approved this request. Accordingly, the government respectfully requests that ECF Nos. 483-492, 541-543, and 599 under GLR-19-318 be transferred to GLR-20-462.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney


_____/s/_____
Matthew DellaBetta
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

Date: June 21, 2021